**Order entered January27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01458-CV

### LARRY WILLIAMS, Appellant

### V.

### DEUTSCHE BANK, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. 1305334D**

## ORDER

The clerk's record in this case is overdue. By postcard dated December 10, 2013, we notified the County Clerk that the clerk's record was overdue. We directed the County Clerk to file the clerk's record within thirty days. Having received no response, we **ORDER** the County Clerk to file either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to John Warren, Dallas County Clerk.

.

/s/   CAROLYN WRIGHT
      CHIEF JUSTICE